## JOHN PLACA v. DONALD AHEARN
### (14902)

Dupont, C. J., and Heiman and Schaller, Js.

Argued June 4—officially released July 2, 1996

Per Curiam. The judgment is affirmed.

## IN RE CHRISTINA G. ET AL.*
### (15471)

O'Connell, Schaller and Spear, Js.

Argued May 30—officially released July 2, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT v. JOSEPH CARTER
### (14309)

Schaller, Hennessy and Cretella, Js.

Argued June 4—officially released July 2, 1996

Per Curiam. The judgment is affirmed.

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 4166B.2, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.